October 20, 1998.   Briefs of appellees are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, November 4, 1998.   A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before Tuesday, November 17, 1998.   This Court's Rule 29.2 does not apply.   The case is consolidated for oral argument on Monday, November 30, 1998, with No. 98–404, *Department of Commerce et al.* v. *United States House of Representatives et al.* [probable jurisdiction noted, 524 U. S. 978], and a total of one and one-half hours allotted for oral argument.

OCTOBER 12, 1998

No. A–285.   LAMBERT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY *v.* VARGAS, NEXT FRIEND OF SAGASTEGUI.   Application to vacate the stay of execution of sentence of death, entered by the United States Court of Appeals for the Ninth Circuit on October 11, 1998, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted.   JUSTICE STEVENS and JUSTICE BREYER would deny the application to vacate the stay of execution.

No. 98–6324 (A–278).   WRIGHT *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.   JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

OCTOBER 13, 1998

No. D–1961.   IN RE DISBARMENT OF WEISSER.   Motion to defer consideration granted.   [For earlier order herein, see 524 U. S. 913.]

No. D–1977.   IN RE DISBARMENT OF PRIAMOS.   Disbarment entered.   [For earlier order herein, see 524 U. S. 967.]